**Opinion issued May 20, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00828-CV

———————————

**CARL SMITH, Appellant**

**V.**

**HOUSTON POLICE DEPARTMENT, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-64456**

---

**MEMORANDUM OPINION**

Appellant, Carl Smith, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013), 101.0411 (West

Supp. 2013); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9127 (Tex. Aug. 16, 2013). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.